E-Filed 7/19/16

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALLAS BUYERS CLUB LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DOE-73.170.32.155,<br><br>    Defendant. | Case No. 16-cv-00859-HRL<br><br>**ORDER DIRECTING PLAINTIFF TO FILE STATUS REPORT**<br><br>Re: Dkt. Nos. 25, 27 |

The court granted Plaintiff leave to subpoena Comcast for the identity of a Comcast subscriber as a means of seeking the identity of the Doe defendant ("Defendant"). The court subsequently directed Plaintiff to file a status report that would update the court on Plaintiff's efforts to identify and serve Defendant. Plaintiff responded with a unilateral case-management statement, which asserts that the Comcast subscriber has been identified and that Plaintiff "is attempting to contact the subscriber by letter" in order to seek assistance with identifying Defendant. Dkt. No. 27 at 2.

Plaintiff shall submit by July 26, 2016 a statement in response to this order which further updates the court on Plaintiff's efforts to identify and serve Defendant. This order does not direct Plaintiff to submit a case-management statement, and so Plaintiff's status report need not conform with the requirements of Civil Local Rule 16-9.

**IT IS SO ORDERED.**

Dated: 7/19/16

HOWARD R. LLOYD
United States Magistrate Judge